LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
JOSEPH NICHOLSON (State Bar #284959)
jnicholson@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFFS**
REGINALD RAFE NICHOLAS PAYNE,
INDIVIDUALLY AND AS SUCCESSOR-IN-
INTEREST TO THE ESTATE OF REGINALD
DAMONE PAYNE, HARRIETT JEFFERSON, AND
RUFUS JEFFERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| REGINALD RAFE NICHOLAS PAYNE, individually and as Successor-In-Interest to THE ESTATE OF REGINALD DAMONE PAYNE, HARRIETT JEFFERSON, and RUFUS JEFFERSON,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SACRAMENTO; DAVID MOWER; JOHN HELMICH; KEVIN MOORMAN; JEFFREY KLEIN; SCOTT CARAVALHO; SEAN HOLLEMAN; CLINTON SIMONS; ERIC MUNSON; and DOES 11-20, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00313-TLN-JDP<br><br>**STIPULATION AND ORDER TO MODIFY THE INITIAL PRETRIAL SCHEDULING ORDER TO EXPEDITE TRIAL READINESS**<br><br>**Assigned to the Hon. Troy L. Nunley**<br><br>Trial Date:      Unassigned |

1

STIPULATION AND ORDER TO MODIFY THE INITIAL PRETRIAL SCHEDULING ORDER TO
EXPEDITE TRIAL READINESS- CASE NO. 2:22-cv-00313-TLN-JDP

Plaintiffs, REGINALD RAFE NICHOLAS PAYNE, individually and as Successor-In-Interest to THE ESTATE OF REGINALD DAMONE PAYNE, HARRIET JEFFERSON and RUFUS JEFFERSON and Defendants, CITY OF SACRAMENTO, DAVID MOWER, JOHN HELMICH, KEVIN MOORMAN, JEFFREY KLEIN, SCOTT CARAVALHO, SEAN HOLLEMAN, CLINTON SIMONS, and ERIC MUNSON, by and through their undersigned counsel, and having met and conferred, believe good cause exists and therefore hereby request a modification of the Initial Pretrial Scheduling Order to expedite trial readiness, and, to that end, stipulate as follows:

1. On May 24, 2022, pursuant to stipulation of the parties, the Court entered an Order transferring all discovery in Case No. 2:20-cv-02364-TLN-JDP to this case.

2. By stipulation and Order there will be no duplicative discovery – depositions already taken, and written discovery already propounded/responded to, which occurred in Case No. 2:20-cv-02364-TLN-JDP, will not be duplicated, and is considered discovery in Case No. 2:22-cv-00313-TLN-JDP.

3. The Initial Pretrial Scheduling Order in Case No. 2:22-cv-00313-TLN-JDP, entered on March 9, 2022 (Document 7), predates the stipulation of the parties and the Court's Order transferring discovery.

4. The parties therefore now further stipulate and agree that all discovery, with the exception of expert discovery, shall be completed no later than sixty days (60) days from the date upon which the Court may enter the proposed order filed herewith ("close of discovery").

5. The parties will designate in writing, file with the Court, and serve upon all other parties the name, address, and area of expertise of each expert that they propose to tender at trial not later than thirty (30) days after the close of discovery, such designation being accompanied by a written report prepared and signed by the witness and otherwise complying with Federal Rule of Civil Procedure 26(a)(2)(B).

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
STIPULATION AND ORDER TO MODIFY THE INITIAL PRETRIAL SCHEDULING ORDER TO EXPEDITE TRIAL READINESS- CASE NO. 2:22-cv-00313-TLN-JDP

6. Within thirty (30) days after the designation of expert witnesses, any party may designate a supplemental list of expert witnesses who will express an opinion on a subject covered by an expert designated by an adverse party.

7. The parties do not intend to file dispositive motions and will therefore file a Joint Notice of Trial Readiness not later than one hundred twenty (120) days after the close of discovery.

8. The parties will complete all discovery of expert witnesses in a timely manner in order to comply with the deadline for notice of trial readiness.

Dated:  June 21, 2022        WALKUP, MELODIA, KELLY & SCHOENBERGER

By: _____/s/ Joseph Nicholson_____
KHALDOUN A. BAGHDADI
JOSEPH NICHOLSON
Attorneys for Plaintiffs
REGINALD RAFE NICHOLAS PAYNE, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO THE ESTATE OF REGINALD DAMONE PAYNE, HARRIETT JEFFERSON, AND RUFUS JEFFERSON

Dated:  June 21, 2022        SUSANA ALCALA WOOD,
CITY ATTORNEY

By: _____/s/ Chance L. Trimm_____
CHANCE L. TRIMM
Senior Deputy City Attorney

Attorneys for Defendants
CITY OF SACRAMENTO, DAVID MOWER, JOHN HELMICH, KEVIN MOORMAN, JEFFREY KLEIN, SCOTT CARAVALHO, SEAN HOLLEMAN, CLINTON SIMONS, and ERIC MUNSON

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

3
STIPULATION AND ORDER TO MODIFY THE INITIAL PRETRIAL SCHEDULING ORDER TO EXPEDITE TRIAL READINESS- CASE NO. 2:22-cv-00313-TLN-JDP

**IT IS SO ORDERED.**

DATED: June 21, 2022

_____
Troy L. Nunley
United States District Judge