LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
JOSEPH NICHOLSON (State Bar #284959)
jnicholson@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFFS**
REGINALD RAFE NICHOLAS PAYNE,
INDIVIDUALLY AND AS SUCCESSOR-IN-
INTEREST TO THE ESTATE OF REGINALD
DAMONE PAYNE, HARRIETT JEFFERSON, AND
RUFUS JEFFERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| REGINALD RAFE NICHOLAS PAYNE, individually and as Successor-In-Interest to THE ESTATE OF REGINALD DAMONE PAYNE, HARRIETT JEFFERSON, and RUFUS JEFFERSON,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SACRAMENTO; DAVID MOWER; JOHN HELMICH; KEVIN MOORMAN; JEFFREY KLEIN; SCOTT CARAVALHO; SEAN HOLLEMAN; CLINTON SIMONS; ERIC MUNSON; and DOES 11-20, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00313-TLN-JDP<br><br>**JOINT NOTICE OF TRIAL READINESS**<br><br>**Assigned to the Hon. Troy L. Nunley**<br><br>Trial Date:      Unassigned |

Plaintiffs REGINALD RAFE NICHOLAS PAYNE, individually and as Successor-In-Interest to THE ESTATE OF REGINALD DAMONE PAYNE, HARRIETT JEFFERSON, and RUFUS JEFFERSON and Defendants CITY OF SACRAMENTO; DAVID MOWER; JOHN HELMICH; KEVIN MOORMAN; JEFFREY KLEIN; SCOTT CARAVALHO; SEAN HOLLEMAN; CLINTON SIMONS;

1  and ERIC MUNSON (collectively "Parties") hereby submit their Joint Notice of Trial
2  Readiness.
3      The Parties request trial by jury and estimate the trial length at 15 days.
4      The Parties, having met and conferred, are available for trial during the
5  months of January and February 2024. Plaintiffs' counsels' existing trial schedule is
6  included as Exhibit 1 hereto.  Defense counsel's existing trial schedule is included as
7  Exhibit 2.
8      The Parties do not wish to attend a settlement conference.
9
10 Dated:  February 13, 2023    WALKUP, MELODIA, KELLY & SCHOENBERGER
11
12
13     By:     /s/ Khaldoun A. Baghdadi
    KHALDOUN A. BAGHDADI
14     JOSEPH NICHOLSON
    Attorneys for Plaintiffs
15
16
17 Dated:  February 13, 2023    SUSANA ALCALA WOOD,
    CITY ATTORNEY
18
19
20     By:     /s/ Chance L. Trimm
    CHANCE L. TRIMM,
21     Senior Deputy City Attorney
    Attorneys for Defendants
22
23
24
25
26
27
28

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
JOINT NOTICE OF TRIAL READINESS - CASE NO. 2:22-CV-00313-TLN-JDP

# **EXHIBIT 1**

Dates on which Plaintiffs' counsel will not be available for trial:

| Dates Unavailable: | Reason | |
|---|---|---|
| 02/15/2023 | Trial: | *Wibbeler v. Kamath* |
| 04/17/2023 | Trial: | *Juul Labs MDL; SFUSD Bellwether* |
| 04/24/2023 | Arbitration: | *Landry v. Kaiser* |
| 04/25/2023 | Trial: | *Juul Labs Products JCCP, 1st Bellwether* |
| 05/30/2023 | Trial: | *Keffer v. Airbnb, Inc.* |
| 05/30/2023 | Trial: | *Jane Doe 1 v. CCSF* |
| 06/02/2023 | Trial: | *McClinton v. Kotila* |
| 06/12/2023 | Trial: | *Juul Labs MDL; Pesce Bellwether* |
| 06/23/2023 | Trial | *Lindquist v. Toohey* |
| 06/29/2023 | Trial: | *Juul Labs Products JCCP, 2nd Bellwether* |
| 07/10/2023 | Trial: | *Medieros v. Nelson* |
| 08/07/2023 | Trial | *Tabke v. Value Plumbing, et al.* |
| 08/21/2023 | Trial: | *S.J. v. Albany Unified School District* |
| 09/05/2023 | Trial: | *Paraquat Cases JCCP; 1st Bellwether* |
| 09/05/2023 | Trial: | *Juul Labs MDL; Tucson Unified Bellwether* |
| 09/25-29/2023 | Reserved on Mr. Baghdadi's Calendar | |
| 10/02/2023 | Trial: | *Fire Victim Trust v. Davey Tree (re Atlas)* |
| 10/16/2023 | Trial: | *Paraquat Products MDL; 1st Bellwether* |
| 10/23/2023 | Trial: | *Hout/Jones (Calcalgno) v. Folsom* |
| 01/29/2024 | Trial: | *Heidari v. ValleyCare* |
| 02/06/2024 | Trial: | *Riggs (Booth) v. Halvorson(Airbus)* |
| 02/20/2024 | Trial: | *Dalton-Recht v. Schnayerson* |
| 03/01/2024 | Trial: | *Taylor v. Juarez Glass and Mirror* |
| 03/04/2024 | Trial: | *Walker v. Davey Tree Surgery Company* |
| 06/26/2024 | Trial: | *Zieman v. Vennarucci* |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

3
JOINT NOTICE OF TRIAL READINESS - CASE NO. 2:22-CV-00313-TLN-JDP

1 | 12/04/2024           Arbitration: *Smith v. Kaiser*

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

# **EXHIBIT 2**

Dates on which Defense counsel is unavailable:

<u>Date Unavailable</u>         <u>Reason</u>

| Date Unavailable | Reason | Case |
|---|---|---|
| 04/03/2023 | Trial | *Flynn v. City of Sacramento* |
| 09/18/2023 | Trial | *PG&E v. City of Sacramento* |
| 11/07/2023 | Trial | *Railroad 1900 v. City of Sacramento* |
| 11/21/2023 | Trial | *Correa v. City of Sacramento* |
| 04/08/2024 | Trial | *Butnaro v. City of Sacramento* |
| 08/12/2024 | Trial | *Zhang-Tillman v. City of Sacramento* |
| 09/16/2024 | Trial | *Nguyen v. City of Sacramento* |
| 10/21/2024 | Trial | *Love v. City of Sacramento* |
| 02/24/2025 | Trial | *Gouveia v. City of Sacramento* |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

5
JOINT NOTICE OF TRIAL READINESS - CASE NO. 2:22-CV-00313-TLN-JDP