LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
JOSEPH NICHOLSON (State Bar #284959)
jnicholson@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFFS**
REGINALD RAFE NICHOLAS PAYNE,
INDIVIDUALLY AND AS SUCCESSOR-IN-
INTEREST TO THE ESTATE OF REGINALD
DAMONE PAYNE, HARRIETT JEFFERSON, AND
RUFUS JEFFERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| REGINALD RAFE NICHOLAS PAYNE, individually and as Successor-In-Interest to THE ESTATE OF REGINALD DAMONE PAYNE, HARRIETT JEFFERSON, and RUFUS JEFFERSON,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SACRAMENTO; DAVID MOWER; JOHN HELMICH; KEVIN MOORMAN; JEFFREY KLEIN; SCOTT CARAVALHO; SEAN HOLLEMAN; CLINTON SIMONS; ERIC MUNSON; and DOES 11-20, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00313-DJC-JDP<br><br>**STIPULATION FOR DISMISSAL AND ORDER**<br><br>**Assigned to the Hon. Daniel J. Calabretta**<br><br>Trial Date:       Unassigned<br><br>Re: Dkt No. 45 |

TO THE HONORABLE COURT:

Plaintiffs REGINALD RAFE NICHOLAS PAYNE, individually and as Successor-In-Interest to THE ESTATE OF REGINALD DAMONE PAYNE, HARRIETT JEFFERSON, and RUFUS JEFFERSON, by and through their attorneys of record Khaldoun A. Baghdadi and Joseph Nicholson of Walkup, Melodia,

1  Kelly & Schoenberger, and defendants CITY OF SACRAMENTO; DAVID MOWER;
2  JOHN HELMICH; KEVIN MOORMAN; JEFFREY KLEIN; SCOTT CARAVALHO;
3  SEAN HOLLEMAN; CLINTON SIMONS; and ERIC MUNSON, by and through
4  their undersigned counsel, HEREBY STIPULATE as follows:

5  WHEREAS, plaintiffs and defendants reached a settlement agreement on
6  March 13, 2024;

7  WHEREAS, plaintiffs executed a General Release containing all material
8  terms of the settlement agreement on April 10, 2024;

9  WHEREAS defendants represent that a settlement draft will be delivered to
10 plaintiffs' counsel within 14 days of the current date;

11 THEREFORE, the parties hereby request that on April 26, 2024, the Court
12 enter an Order Dismissing with prejudice plaintiffs' Complaints as to all defendants,
13 with all parties to bear their own attorneys' fees and costs, pursuant to Rule 41(a)(2)
14 of the Federal Rules of Civil Procedure.

15 IT IS SO STIPULATED.

16 Dated:  April 12, 2024                WALKUP, MELODIA, KELLY & SCHOENBERGER

By:     /s/ Joseph Nicholson
        KHALDOUN A. BAGHDADI
        JOSEPH NICHOLSON
        Attorneys for PLAINTIFFS
        REGINALD RAFE NICHOLAS PAYNE,
        INDIVIDUALLY AND AS SUCCESSOR-IN-
        INTEREST TO THE ESTATE OF
        REGINALD DAMONE PAYNE, HARRIETT
        JEFFERSON, AND RUFUS JEFFERSON

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

2
STIPULATION FOR DISMISSAL AND ORDER - CASE NO. 2:22-cv-00313-DJC-JDP

| | | |
|---|---|---|
| 1 | Dated: April 12, 2024 | SUSANA ALCALA WOOD, CITY ATTORNEY |
| 2 | | |
| 3 | | By:     /s/ Sean D. Richmond |
| 4 | | SEAN D. RICHMOND |
| 5 | | Attorneys for DEFENDANTS CITY OF SACRAMENTO, DAVID MOWER, JOHN HELMICH, KEVIN MOORMAN and JEFFREY KLEIN |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | Dated: April 12, 2024 | DEAN GAZZO ROISTACHER LLP |
| 10 | | |
| 11 | | By:     /s/ Lee H. Roistacher |
| 12 | | MITCHELL D. DEAN<br>LEE H. ROISTACHER<br>RICARDO BACA |
| 13 | | Attorneys for DEFENDANTS SCOTT CARAVALHO, SEAN HOLLEMAN, CLINTON SIMONS and ERIC MUNSON |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

3
STIPULATION FOR DISMISSAL AND ORDER - CASE NO. 2:22-cv-00313-DJC-JDP

## **ORDER**

Having considered the stipulated request of the parties, the Court orders as follows:

Defendants shall deliver a settlement draft to plaintiffs' counsel no later than April 26, 2024.

Effective April 26, 2024, this case is dismissed with prejudice as to all defendants, with all parties to bear their own attorneys' costs and fees.

IT IS SO ORDERED.

Dated:  April 26, 2024          /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

4

STIPULATION FOR DISMISSAL AND ORDER - CASE NO. 2:22-cv-00313-DJC-JDP